UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEGAL RECOVERY ASSOCIATES LLC,<br><br>                    Plaintiff,<br><br>         -against-<br><br>BRENES LAW GROUP, P.C.; TROY A. BRENES,<br><br>                    Defendants. | 1:22-CV-1772 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 9, 2022, dismissing this action without prejudice as duplicative,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice as duplicative of the pending action, *Legal Recovery Assocs. LLC v. Brenes Law Grp., P.C.,* 1:22-CV-1778 (AJN).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to each of the parties and note service on the docket.

SO ORDERED.

Dated:   March 9, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge